# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1485
Lower Tribunal No. F12-15917
_____

**Dwayne Lebarr,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Dwayne Lebarr, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Asay v. State, 210 So. 3d 1, 22 (Fla. 2016) ("[W]hen

reviewing a court's summary denial of a successive [postconviction] motion . . . [the appellate court] will affirm the ruling if the record conclusively shows that the movant is entitled to no relief.").